# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 29, 2014

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

148404(19)

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

ANTOINE DEKYLE BAILEY,
      Defendant-Appellant.

SC: 148404
COA: 317517
Wayne CC: 08-016055-FC

_____/

      On order of the Court, the motion for reconsideration of this Court's June 24, 2014 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 29, 2014



                    Clerk

p0922